UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM LEE SALISBURY II,

        Plaintiff,

  v.

LT MIKE MILLER et al,

        Defendant.

Case Number: CV08-04680 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William L. Salisbury T-55061
Californa State Prison-Folsom (New)
P.O. Box 290066
Represa, CA 95671

Dated: February 11, 2010

                              Richard W. Wieking, Clerk
                              By: Anthony Bowser, Deputy Clerk