UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE SALISBURY, | No. C 08-4680 MHP (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| LT. MIKE MILLER, | |
| Defendant. | |

The court earlier reviewed the complaint in this pro se prisoner's civil rights action, found that it stated a claim against lieutenant Mike Miller at Pelican Bay State Prison, and ordered the U.S. Marshal to serve process on Miller. Service of process was not accomplished because, according to the litigation coordinator at the prison, there was more than one Mike Miller at the prison and more information was needed. The court then ordered plaintiff to submit more specific identifying information about this defendant so that the Marshal may again attempt service of process. The court cautioned that "[i]f plaintiff fails to provide the information, or the Marshal is unable to serve the defendant using the information plaintiff does provide, the court will dismiss the action without prejudice for failure to timely accomplish service in compliance with Federal Rule of Civil Procedure 4(m)." Order filed Feb. 11, 2010 (docket # 12.) The deadline has long passed, and plaintiff did not provide the required information. The only thing that plaintiff filed was a copy of a form he had sent to the CDCR to request information about the individual, but that document provided no information responsive to the court's order.

For the foregoing reasons, and because the defendant cannot be located with the information provided by the plaintiff, this action is dismissed without prejudice for failure to

timely accomplish service of process in compliance with Federal Rule of Civil Procedure 4(m). The clerk shall close the file.

IT IS SO ORDERED.

Dated: March 28, 2011

                                     _____
                                     Marilyn Hall Patel
                                     United States District Judge